UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITANNY ANGELILLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-02759 |
| SUMMIT FUNDING, INC., MCCALLA ) | |
| RAYMER LEIBERT PIERCE, LLC, ) | Hon. John J. Tharp |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., and EQUIFAX INFORMATION ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants ) | |

**DEFENDANT SUMMIT FUNDING, INC.'S UNOPPOSED MOTION
TO EXTEND TIME TO SERVE RULE 26(a)(1) DISCLOSURES**

Defendant Summit Funding, Inc. ("Summit") hereby moves, without opposition, for the entry of an Order granting Summit an additional eight (8) days, until September 15, 2023, to serve Rule 26(a)(1) disclosures. In support of this Motion, Summit states as follows:

1. Defendant Summit makes this unopposed request of the Court, to enable Summit sufficient time to comply with the Court's order for disclosures, in light of personal and professional exigencies over the past two weeks

2. On August 24, 203, the Court entered an order for the parties to, *inter alia*, serve Rule 26(a)(1) disclosures by September 7, 2023.

3. On August 24, 2023, counsel for Summit was out of state for a funeral and was delayed from returning due to severe weather. The following week, counsel for Summit was out of the office for two days due to unexpected and serious family medical issues. During the past week, Summit's counsel has also been dealing with urgent, unexpected developments in other professional matters. Accordingly, on September 1, 2023, counsel for Summit spoke with

counsel for Plaintiff who stated he had no opposition to an extension until September 15, 2023 to serve disclosures pursuant to rule 26(a)(1).

4. At the present time, Summit has pending a motion to dismiss, to which Plaintiff filed its Response on September 1, 2023, and for which Summit will be filing its Reply by the ordered deadline of September 15, 2023.

5. This extension is sought is sought to facilitate and expedite the litigation, is not sought for delay or any improper purpose, and will not prejudice the rights of any parties.

WHEREFORE, Defendant Summit Funding, Inc. respectfully requests that this Court grant Summit leave to serve Rule 26(a)(1) disclosures on or before September 15, 2023, and for such other and further relief as this Court deems just and proper.

                                                Kurt B. Drain
                                                Counsel for Defendant Summit Funding, Inc.

Kurt B. Drain (IL ARDC No. 6271753)
Arnett Law Group, LLC
223 W. Jackson Blvd., Suite 750
Chicago, IL 60606
kdrain@arnettlawgroup.com
(312) 561-5660
(213) 561-5669 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that, on the 5th day of September 2023, I caused to be filed a copy of the foregoing **DEFENDANT SUMMIT FUNDING, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO SERVE RULE 26(a)(1) DISCLOSURES,** using the Court's CM/ECF Electronic Case Filing system which will send notification to all counsel of record.

_____
Kurt B. Drain
Counsel for Defendant Summit Funding, Inc.