IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRITANNY ANGELILLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SUMMIT FUNDING, INC., MCCALLA RAYMER LEIBERT PIERCE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, INC., | ) ) ) ) ) ) ) |
| Defendants | ) ) ) |

Case No. 1:23-cv-02759

Hon. John J. Tharp

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Britanny Angelilli, Defendant Summit Funding, Inc. and Defendant McCalla Raymer Leibert Pierce, LLC, by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of this action, with each party to bear its own attorney's fees and costs, and that, consistent with the terms of the Settlement Agreement and Release entered into by the Parties. The dismissal shall automatically convert to a dismissal with prejudice on January 30, 2024, unless otherwise ordered by this Court.

Respectfully Jointly Submitted,

Dated: December 14, 2023

Sulaiman Law Group, Ltd
/s/  Mohammad O. Badwan
Mohammed 0. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
mbadwan@sulaimanlaw.com
(630) 575-8180
*Counsel for Plaintiff Britanny Angelilli*

Arnett Law Group, LLC
/s/   Kurt B. Drain
Kurt B. Drain
Arnett Law Group, LLC
223 W. Jackson Blvd., Suite 750
Chicago, IL  60606
kdrain@arnettlawgroup.com
(312) 561-5660
*Counsel for Defendant Summit Funding, Inc.*

Noonan & Lieberman, Ltd.
/s/  Pamela J. Leichtling
Pamela J. Leichtling
Noonan & Lieberman, Ltd.

33 N. LaSalle Street, Suite 1150
Chicago, IL 60603
pleichtling@noonanandlieberman.com
(312) 431-1455
*Counsel for Defendant McCalla Raymer Leibert Pierce, LLC*